**Ludwig SLABOSZEWSKI, Appellant, v. UNITED STATES, Appellee.**

No. 5207.

Circuit Court of Appeals, Third Circuit.

April 21, 1934.

See, also, 68 F.(2d) 369.

PER CURIAM.

Upon consideration of the motion on behalf of defendant-appellant filed March 13, 1934, in the above-entitled cause, and in pursuance of the decisions recently rendered by the Supreme Court of the United States in the cases of United States v. Chambers and Gibson, 291 U. S. ——, 54 S. Ct. 434, 78 L. Ed. ——, 89 A. L. R. 1510, and Massey v. United States (U. S.) 54 S. Ct. 532, 78 L. Ed. ——, it is ordered that the judgment or sentence entered in this case be, and the same is hereby, reversed, and the cause remanded to the District Court of the United States for the Western District of Pennsylvania, with direction to vacate the said judgment, to dismiss the indictment, and to discharge the said defendant.

---

**Bert M. TORVANGER, Appellant, v. UNITED STATES of America, Appellee.**

No. 7330.

Circuit Court of Appeals, Ninth Circuit.

May 21, 1934.

Graham K. Betts, of Seattle, Wash., for appellant.

J. Chas. Dennis, U. S. Atty., and Tom De Wolfe, Attorney, Bureau War Risk Litigation, both of Seattle, Wash.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered judgment of District Court vacated, cause remanded, with directions to District Court to enter judgment pursuant to stipulation; mandate forthwith.

---

**TRIMOUNT DREDGING COMPANY, as Owner of THE Motor Tug MELROSE, Appellee, v. THE M/S CLEVELANDER, General Motorship Corporation, Appellant.**

No. 409.

Circuit Court of Appeals, Second Circuit.

May 7, 1934.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Charles E. Wythe, Sp. Asst. U. S. Atty., of New York City, of counsel), for appellant.

Maurice Gerrish, of Boston, Mass., and Emery & Pyne, of New York City (Warner Pyne, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**UNITED STATES of America, Plaintiff-Appellee, v. Angelo ANNUNZIATO, Defendant-Appellant, and Charles F. Gordon, Defendant.**

No. 448.

Circuit Court of Appeals, Second Circuit.

May 21, 1934.

Pinto & Marcantonio, of New York City, for appellant.

Martin Conboy, U. S. Atty., of New York City (George R. Pfann, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment of conviction affirmed.